IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-106-WDM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. VINCENT DAVID CRUZ CRISOSTOMO,

   Defendant.

---

## ~~PROPOSED~~ ORDER

---

THIS MATTER coming before the Court upon motion of the parties to enter an order of protection enters the following findings and order:

1. The parties acknowledge that due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(d), apply to this case.

2. The parties recognize that the Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any information or discovery pertaining to the victim, maintain the confidentiality of the minor victim's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the identity or other personal information of the minor victim.

3. The parties agree to the applicability of 18 U.S.C. § 3509, including § 3509(d) with regard to these matters, and the defendant consents to its application as set forth below.

4. Good cause appearing, the Court hereby orders that:

(a) All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall, during all pre-trial proceedings in this case, refer to the minor involved by her first and last initials only;

(b) The name and all identifying information regarding the minor victim shall be maintained as confidential without the necessity of a court order, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1), and all papers to be filed in court that disclose the name or other information concerning a child shall be filed under seal without necessity of obtaining a court order, pursuant to and in compliance with 18 U.S.C. § 3509(d)(2); and

(c) Counsel for the Government and counsel for Defendant shall provide one another with an unredacted copy of any redacted pleading filed in this case, provided that such pleading is not filed *in camera*.

BY THE COURT:

_____
Hon. Walker D. Miller
District Court Judge