UNITED STATES DISTRICT COURT

for

DISTRICT OF COLORADO

U. S. A. vs. VINCENT DAVID CRUZ CRISOSTOMO          Docket No. 07-cr-00106-WDM-01

**Petition to Modify Conditions of Supervised Release**

COMES NOW, Travis L. Cormaney, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Vincent David Cruz Crisostomo who was placed on supervision by the Honorable Walker D. Miller sitting in the court at Denver, Colorado, on the 3rd day of April, 2008, who fixed the period of supervision at three (3) years, commencing September 22, 2006, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall register as a sex offender in any state where the defendant resides, is employed, carries on a vocation, or is a student. In addition, the *Adam Walsh Child Protection and Safety Act* provides that for initial registration purposes only, a sex offender shall also register in the jurisdiction in which convicted if such jurisdiction is different from the jurisdiction of residence.

2. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

4. The defendant shall participate in an approved program of sex offender evaluation and treatment, which may include polygraph, plethysmograph, and Abel examinations, as directed by the probation officer. The defendant will be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

In order for the defendant to be in compliance with his sex offender treatment, the defendant cannot have contact with anyone under the age of 18 years old. At this time, the defendant does not have a residence that complies with this treatment standard. In addition, the defendant has no other family or community member in Colorado who can take him in.

I state under penalty of perjury that the above stated matters are true and correct to the best of my knowledge and belief.

Executed this 23rd day of September, 2008.

                                                               s/ Travis L. Cormaney
                                                               Travis L. Cormaney, Senior Probation Officer

ORDER OF THE COURT

Based upon the foregoing, I find sufficient cause exists to modify the defendant's conditions of supervised release. I order the conditions of supervised release be modified to include:

The defendant shall reside in a residential reentry center for a period of up to six (6) months to commence on a date as directed by the probation officer and in accordance with bed space availability. The defendant shall observe the rules of that facility. The defendant shall be released immediately from the residential reentry center upon securing a permanent residence, approved in advance by the probation officer.

Dated this 26th day of September, 2008.

s/ Walker D. Miller
_____
WALKER D. MILLER, Senior U.S. District Judge