IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00106-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VINCENT DAVID CRUZ CRISOSTOMO,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Hearing on supervised release violation will be held **January 5, 2010, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: October 15, 2009

                                              s/ Jane Trexler, Judicial Assistant